FILED: November 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2070
(3:21-cv-02728-MGL)

_____

DISABILITY RIGHTS SOUTH CAROLINA; ABLE SOUTH CAROLINA; AMANDA MCDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and on behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; CATHY LITTLETON, individually and on behalf of Q.L., a minor

    Plaintiffs - Appellees

v.

HENRY DARGAN MCMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina

    Defendants - Appellants

 and

MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; PICKENS COUNTY SCHOOL DISTRICT

    Defendants

-------------------------------

AMERICAN ACADEMY OF PEDIATRICS; SOUTH CAROLINA CHAPTER OF AMERICAN ACADEMY OF PEDIATRICS

    Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' renewed emergency motion to stay injunction pending appeal and for administrative stay, the court denies the motion.

The court grants the motion of Amici Curiae South Carolina Chapter of American Academy of Pediatrics and American Academy of Pediatrics to amend brief.

The court directs the clerk to expedite briefing and to schedule oral argument for December 9, 2021, at 2:30 p.m., in Richmond, Virginia.

Appellants shall file a supplemental opening brief on or before November 17, 2021, addressing these additional issues:

- Is the statutory provision at issue a funding provision not unlike the Hyde Amendment?

- If it is, do U.S. courts have jurisdiction over funding decisions made by a state legislature.

Appellees shall file their brief responding to appellants' opening brief and the additional issues stated above on or before November 29, 2021.

Appellants shall file any reply brief on or before December 2, 2021.

In view of the scheduling of this case for argument, four paper copies of all briefs, including amicus briefs, are required.

Entered at the direction of Judge Thacker with the concurrence of Judge Wynn. Judge Niemeyer voted to grant appellants' renewed emergency motion to stay injunction pending appeal and for administrative stay.

For the Court

/s/ Patricia S. Connor, Clerk
